**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ANTHONY ROBINSON,        :   No. 2 MAP 2024
                         :
         Appellant      :   Appeal from the Order of the
                         :   Commonwealth Court at No. 253
                         :   MD 2022 dated November 30, 2023.
         v.                       :
                         :
                         :
PENNSYLVANIA PAROLE BOARD,   : 
                         :
         Appellee       :

## ORDER

**PER CURIAM**                               **DECIDED:**    **October 24, 2024**

      **AND NOW,** this 24th day of October, 2024, the Order of the Commonwealth Court is **AFFIRMED.** Appellant's Application for Leave to File Appellant's Reply Brief Nunc Pro Tunc is **DENIED.**